966 F.2d 534
 30 Wage & Hour Cas. (BNA) 1632, 122 Lab.Cas.
P 35,681
 NEVADA HIGHWAY PATROL ASSOCIATION, Jerry Seevers, Robert
Woodruff, Roy Hutchings, John Rosa, Russ Benzler,
Tim Hall, et al., Plaintiffs-Appellants,
v.
STATE OF NEVADA, DEPARTMENT OF MOTOR VEHICLES AND PUBLIC
SAFETY, Nevada Highway Patrol Division,
Defendants-Appellees.
 No. 88-15642.
 United States Court of Appeals,
Ninth Circuit.
 June 26, 1992.
 
 Before: GOODWIN, HALL and NOONAN, Circuit Judges.
 
 ORDER WITHDRAWING OPINION
 
 1
 The opinion filed March 28, 1990 and appearing at 899 F.2d 1549 (9th Cir.1990) was greeted with a petition for rehearing which prompted this court to request from the Supreme Court of Nevada answers to certified questions about Nevada law.
 
 
 2
 The opinion of the Supreme Court of Nevada has now been received, and being fully advised, we are satisfied that the opinion previously published should be withdrawn.